# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132902

EDNA J. MEDLEY and SCOTT MEDLEY,
      Plaintiffs-Appellees,

v

                                            SC: 132902
                                            COA: 261087
                                            Monroe CC: 02-014269-NI

BEN BERGMAN and ENTERPRISE LEASING
COMPANY OF DETROIT, INC., a/k/a
ENTERPRISE RENT A CAR, INC.,
      Defendants-Appellants,

and

FARMERS INSURANCE COMPANY,
CRYSTAL K. FISH, RONALD EBY, JR., and
ANTHEM BLUE CROSS & BLUE SHIELD,
      Defendants.
_____/

      On order of the Court, the application for leave to appeal the October 5, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

d0416

                                    Clerk